## ESTE *v.* WHITAKER.

SIMMONS, C. J.  The petition set forth a cause of action.  There was no error of law committed on the trial, and, there being evidence to sustain the verdict, the judgment of the court below refusing a new trial is

*Affirmed.  All the Justices concurring.*

Argued June 13, — Decided July 26, 1899.

Complaint.    Before  Judge  Gober.    Cobb  superior  court.
September 29, 1898.

*Daley & Hall,* for plaintiff in error.
*E. W. Frey, B. F. Frey,* and *C. D. Phillips,* contra.